**Charles SMITH, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**ED 101233**

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: February 3, 2015

Andrew E. Zleit, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Movant/Appellant.

Andrew C. Hooper, P.O. Box 899, Jefferson City, MO 65102, for Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

### ORDER

PER CURIAM.

Charles Smith appeals from the judgment of the motion court denying his Rule 24.035[1] motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the motion

1. All rule references are to Mo. R. Crim. P. 2013, unless otherwise indicated.

court's findings and conclusions are not clearly erroneous. *Brooks v. State*, 242 S.W.3d 705, 708 (Mo.banc 2008). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Rule 84.16(b).